| 1. Person Reporting (last name, first, middle initial)<br><br>Chatigny, Robert N. | 2. Court or Organization<br><br>2nd Circuit | 3. Date of Report<br><br>2/24/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination, Date 2/24/2010<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>1/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Kingswood-Oxford School Teacher |
| 2. 2009 | Kingswood-Oxford School Teacher |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. American Express | Credit Card | K |
| 3. Simsbury Bank | Business Loan | L |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Checking Acct. | | None | | | Exempt | | | | |
| 2. Fax-Pax U.S.A., Inc. Shares | | None | K | W | | | | | |
| 3. Savin Groves | | None | | | | | | | |
| 4. Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5. Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6. Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8. IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9. Bernstein Intermediate Duration Portfolios | D | Dividend | N | T | | | | | |
| 10. Bernstein International Value Portfolio II | | None | | | | | | | |
| 11. Bank of America Corp. | A | Dividend | | | | | | | |
| 12. Bernstein Diversified Municipal Portfolio | A | Dividend | | | | | | | |
| 13. Alliance Bernstein WLT APP-AD | | None | N | T | | | | | |
| 14. Bernstein Custodian Cash | A | Interest | | | | | | | |
| 15. Horse - 15% Ownership | | None | | | | | | | |
| 16. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | | | | | | | |
| 17. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 2/24/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wisconsin Energy Corp. | A | Dividend | | | | | | | |
| 19. Bank of America Checking Acct | | None | | | | | | | |
| 20. Stock - Conoco Phillips | A | Dividend | | | | | | | |
| 21. Simsbury Bank - Checking Account | | None | | | | | | | |
| 22. Simsbury Bank - Savings Account | A | Interest | J | T | | | | | |
| 23. Simsbury Bank - Savings Account | A | Interest | J | T | | | | | |
| 24. Stock - Travelers Companies | A | Dividend | | | | | | | |
| 25. Stock - Sprint Nextel Corp. | | None | | | | | | | |
| 26. Stock - Citigroup Inc. | A | Dividend | | | | | | | |
| 27. Stock - Kroger | A | Dividend | | | | | | | |
| 28. Stock - General Electric | A | Dividend | | | | | | | |
| 29. Stock - Sanmina Corp. | | None | | | | | | | |
| 30. Stock - BP PLC | A | Dividend | | | | | | | |
| 31. Stock - JP Morgan Chase & Co. | A | Dividend | | | | | | | |
| 32. Stock - Chevron Corp. | A | Dividend | | | | | | | |
| 33. Stock - Amer International Group | | None | | | | | | | |
| 34. Stock - Hartford Financial Services | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 2/24/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stock - Time Warner Inc. | A | Dividend | | | | | | | |
| 36. Stock - Exxon Mobil Corp. | A | Dividend | | | | | | | |
| 37. Stock - Genworth Financial Inc. | | None | | | | | | | |
| 38. Stock - XL Capital | A | Dividend | | | | | | | |
| 39. Stock - Goldman Sachs Group | A | Dividend | | | | | | | |
| 40. Stock - AT&T Inc. | A | Dividend | | | | | | | |
| 41. Stock - Verizon Communications | A | Dividend | | | | | | | |
| 42. Stock - CBS Corp. | A | Dividend | | | | | | | |
| 43. Stock - Merck & Co. | A | Dividend | | | | | | | |
| 44. Stock - Pfizer Inc. | A | Dividend | | | | | | | |
| 45. Stock - Verizon Communication | A | Dividend | | | | | | | |
| 46. Stock - Black & Decker Corp. | A | Dividend | | | | | | | |
| 47. Stock - Nokia Corp. | A | Dividend | | | | | | | |
| 48. Stock - Allstate Corp. | A | Dividend | | | | | | | |
| 49. Stock - Deutsche Bank | A | Dividend | | | | | | | |
| 50. Stock - Fidelity National | A | Dividend | | | | | | | |
| 51. Stock - Morgan Stanley | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N. | 2/24/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stock - McKesson Corp. | A | Dividend | | | | | | | |
| 53. Stock - Autoliv Inc. | A | Dividend | | | | | | | |
| 54. Stock - Macy's Inc. | A | Dividend | | | | | | | |
| 55. Stock - Caterpillar Inc. | A | Dividend | | | | | | | |
| 56. Stock - Tyco Intl | A | Dividend | | | | | | | |
| 57. Stock - Royal Dutch | A | Dividend | | | | | | | |
| 58. Stock - McKesson Corp. | A | Dividend | | | | | | | |
| 59. Stock - Macy's Inc. | A | Dividend | | | | | | | |
| 60. Stock - Supervalu Inc. | A | Dividend | | | | | | | |
| 61. Stock - BP - PLC | A | Dividend | | | | | | | |
| 62. Stock - Chevron Corp. | A | Dividend | | | | | | | |
| 63. Stock - ConocoPhillips | A | Dividend | | | | | | | |
| 64. Stock - Exxon Mobil | A | Dividend | | | | | | | |
| 65. Stock - Travelers | A | Dividend | | | | | | | |
| 66. Stock - JP Morgan | A | Dividend | | | | | | | |
| 67. Bernstein Diversified Municiple Portfolio | A | Dividend | | | | | | | |
| 68. Stock - Fifth Third Bancorp. | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Stock - Gannett Co. | A | Dividend | | | | | | | |
| 70. Stock - Bristol-Myers Squibb Co. | A | Dividend | | | | | | | |
| 71. Stock - Sanofi Synthelabo | A | Dividend | | | | | | | |
| 72. Stock - Wyeth | A | Dividend | | | | | | | |
| 73. Stock - Cardinal Health Inc. | A | Dividend | | | | | | | |
| 74. Stock - Tyson Foods Inc. - CL A | A | Dividend | | | | | | | |
| 75. Stock - Archer-Daniels-Midland Co. | A | Dividend | | | | | | | |
| 76. Stock - Toyota Motor Corp. | A | Dividend | | | | | | | |
| 77. Stock - JC Penney Co. Inc. | A | Dividend | | | | | | | |
| 78. Stock - Safeway Inc. | A | Dividend | | | | | | | |
| 79. Stock - TJX Companies Inc. | A | Dividend | | | | | | | |
| 80. Stock - Eastman Chemical Co. | A | Dividend | | | | | | | |
| 81. Stock - General Electric Co. | A | Dividend | | | | | | | |
| 82. Stock - Corning Inc. | A | Dividend | | | | | | | |
| 83. Stock - Nokia Corp. | A | Dividend | | | | | | | |
| 84. Stock - Ericsson LM TEL Co. | A | Dividend | | | | | | | |
| 85. Stock - Motorola Inc. | A | Dividend | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
(See Column C2)            U =Book Value              V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Stock - Dell Inc. | | None | | | | | | | |
| 87. Stock - Western Digital Corp. | | None | | | | | | | |
| 88. Stock - Apache Corp. | A | Dividend | | | | | | | |
| 89. Stock - Devon Energy Corp. | A | Dividend | | | | | | | |
| 90. Stock - Occidental Petroleum Corp. | A | Dividend | | | | | | | |
| 91. Stock - Hartford Financial Services Group | A | Dividend | | | | | | | |
| 92. Stock - Amgen Inc. | | None | | | | | | | |
| 93. Stock - Amgen Inc. | | None | | | | | | | |
| 94. Stock - Schering-Plough CP | A | Dividend | | | | | | | |
| 95. Stock - Bunge LTD | A | Dividend | | | | | | | |
| 96. Stock - Limited Brands Inc. | A | Dividend | | | | | | | |
| 97. Stock - Home Depot Inc. | A | Dividend | | | | | | | |
| 98. Stock - ACE LTD | A | Dividend | | | | | | | |
| 99. Stock - News Corp. | A | Dividend | | | | | | | |
| 100. Stock - Gap Inc. | A | Dividend | | | | | | | |
| 101. Stock - EOG Resources Inc. | A | Dividend | | | | | | | |
| 102. Stock - Lincoln National Corp. | A | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Chatigny, Robert N. | 2/24/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Stock - Lowe's Cos Inc. | A | Dividend | | | | | | | |
| 104. Stock - Proctor & Gamble Co. | A | Dividend | | | | | | | |
| 105. Stock - Capital One Financial Corp. | A | Dividend | | | | | | | |
| 106. Stock - Eli Lilly & Co. | A | Dividend | | | | | | | |
| 107. Stock - DuPont (E.I.) De Nemours | A | Dividend | | | | | | | |
| 108. Stock - Northrup Grumman Corp. | A | Dividend | | | | | | | |
| 109. Stock - ENSCO Intl Inc. | A | Dividend | | | | | | | |
| 110. Stock - Regions Financial Corp. | A | Dividend | | | | | | | |
| 111. Stock - Nexen Inc. | A | Dividend | | | | | | | |
| 112. Stock - GlaxoSmithKline PLC - Spon AD | A | Dividend | | | | | | | |
| 113. Stock - US Bancorp | A | Dividend | | | | | | | |
| 114. Stock - Vodafone Group PLC -SP ADR | A | Dividend | | | | | | | |
| 115. Stock - Masco Corp. | A | Dividend | | | | | | | |
| 116. Stock - Unum Corp. | A | Dividend | | | | | | | |
| 117. Stock - DR Horton Inc. | A | Dividend | | | | | | | |
| 118. Stock - Cmarex Energy Co - W/I | A | Dividend | | | | | | | |
| 119. Stock - Ingersoll-Rand PLC | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stock - Wells Fargo & Company | A | Dividend | | | | | | | |
| 121. Stock - Valero Energy Corp. | A | Dividend | | | | | | | |
| 122. Stock - Textron Inc. | A | Dividend | | | | | | | |
| 123. Stock - SPX Corp. | A | Dividend | | | | | | | |
| 124. Stock - BB&T Corp. | A | Dividend | | | | | | | |
| 125. Stock - Nisource Inc. | A | Dividend | | | | | | | |
| 126. Stock - AK Steel Holding Corp. | A | Dividend | | | | | | | |
| 127. Stock Garmin LTD | A | Dividend | | | | | | | |
| 128. Stock - Huntsman Corp. | A | Dividend | | | | | | | |
| 129. Stock - Tyco Electronics LTD | A | Dividend | | | | | | | |
| 130. Stock - Steel Dynamics Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III.A. - Non-Investment Income was received during the reporting period as salary from the United States Government for services as a United States District Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

Robert Neil Chatigny

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 000 | Notes payable to banks-secured | | 58 | 000 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 45 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 290 | 000 |
| Real estate owned-add schedule | | 950 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 25 | 000 | Credit Line | | 340 | 000 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| See attached | | 691 | 223 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 733 | 000 |
| | | | | Net Worth | | 948 | 223 |
| Total Assets | 1 | 681 | 223 | Total liabilities and net worth | 1 | 681 | 223 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |